UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2017 NOV -9 PM 5: 02

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1 : 17-cr- 0 2 2 2 JMS -TAB |
| v. | ) | |
| | ) | |
| DAVID C. CARROLL, | ) | -01 |
| MICHAEL HYATTE, | ) | -02 |
| LANCE L. HATCHER, JR., | ) | -03 |
| a/k/a Mont Mont, | ) | |
| NATHANIEL DIXSON, | ) | -04 |
| a/k/a Dog, | ) | |
| CONWAY JEFFERSON, | ) | -05 |
| a/k/a Lil C, | ) | |
| DEREK ATWATER, | ) | -06 |
| a/k/a Shorty, | ) | |
| ROBERT LISENBY, JR., | ) | -07 |
| a/k/a Russ, | ) | |
| TORIN A. HARRIS, | ) | -08 |
| JOHN E. BELL, | ) | -09 |
| SHEMILAH D. CROWE, and | ) | -10 |
| JAMES O. BEASLEY, | ) | -11 |
| a/k/a Jake | ) | |
| | ) | |
| Defendants, | ) | |

## APPEARANCE

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana,

by Bradley A. Blackington, Assistant United States Attorney for the Southern District of Indiana,

and enters his appearance as counsel for the United States of America.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: _____
Bradley A. Blackington
Assistant United States Attorney