UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

17 NOV -9 PM 4:49

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | 1:17-cr-0222 JMS -TAB |
| ) | |
| DEREK ATWATER ) | |
| a/k/a Shorty ) | |
| ) | |
| Defendant. ) | |

### PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 21 U.S.C. § 846 Conspiracy to Distribute Methamphetamine | 10-Life | $10,000,000 | NLT 5 years |

Dated: _____

_____
Derek Atwater, a/k/a Shorty
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana