UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
SEP 19 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| MICHAEL HYATTE, | ) | NO. 1:17-cr-0222-JMS-TAB-02 |
| LANCE L. HATCHER, JR., | ) | -03 |
| a/k/a Mont Mont, | ) | |
| NATHANIEL DIXSON, | ) | -04 |
| a/k/a Dog, | ) | |
| DEREK ATWATER, | ) | -06 |
| a/k/a Shorty, | ) | |
| ROBERT LISENBY, JR., | ) | -07 |
| a/k/a Russ, | ) | |
| JOHN E. BELL, | ) | -09 |
| SHEMILAH D. CROWE, | ) | -10 |
| JAMES O. BEASLEY, | ) | -11 |
| a/k/a Jake, | ) | |
| RICHARD BERNARD GRUNDY, III, | ) | -12 |
| a/k/a White Boy, | ) | |
| GILBERTO VIZCARRA-MILLAN, | ) | -13 |
| a/k/a G, | ) | |
| MARIO EDUADO VILLASENOR, | ) | -14 |
| EZELL NEVILLE, | ) | -15 |
| a/k/a Bo, | ) | |
| CHRISTOPHER D. BRADFORD, | ) | -16 |
| UNDRAE MOSEBY, | ) | -17 |
| a/k/a Soundrae Evans, | ) | |
| EMILIO MITCHELL, II, | ) | -18 |
| a/k/a Loaf, | ) | |
| THOMAS BULLOCK, | ) | -19 |
| MARK T. WILLIAMS, | ) | -20 |
| a/k/a Savage, | ) | |
| ISIAH T. FINCH, | ) | -21 |
| a/k/a Fluff, | ) | |
| DION G. MADISON, | ) | -22 |
| a/k/a D, | ) | |
| FRANK S. EARLY, | ) | -23 |
| EMILIO MITCHELL, JR., and | ) | -24 |
| DAONA LE'ANN GHOLSTON, | ) | -25 |
| Defendants, | ) | |

## ORDER TO UNSEAL

Upon the Motion of the United States of America, it is hereby ORDERED that the Complaint in the above-captioned cause be unsealed.

The Clerk of this Court is ordered and directed to unseal the Superseding Indictment in the above-captioned cause.

So ORDERED this 19th day of September, 2018.

TIM A. BAKER
Magistrate Judge
United States District Court
Southern District of Indiana